437 A.2d 743

**In re Frances SILOFF, Deceased.**

**Appeal of Ann LAUTMAN.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1981.

Decided Dec. 17, 1981.

Joseph G. Feldman, Philadelphia, for appellant.

Robert W. Costigan, H. Wallace Dyer, Jr., Harold Shaffer, Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## DECREE

PER CURIAM:

Decree affirmed. Each party to bear own costs.